IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NICHOLAS CONNER,
                Plaintiff,

vs.

KENAI PENINSULA BOROUGH and
MAYOR PETER MICCICHE,

                Defendants.

No. 3:25-cv-0054-HRH

O R D E R

Case Status

The court has granted defendants' motion for a partial dismissal of Count I of plaintiff's complaint.[1] Plaintiff is seeking to appeal the foregoing order.[2]

Defendants have moved to dismiss Counts II through IV of plaintiff's complaint pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure.[3] Plaintiff's response to that motion was due to be filed July 22, 2025. As of the date of this order, plaintiff has not responded to defendants' Rule 16(b)(6) motion as to Counts II through IV. Inasmuch as the latter motion is potentially dispositive of Counts II through IV, the court is not permitted to deem plaintiff's failure to respond to be an admission that the motion to dismiss is well taken. See Local Civil Rule 7.1(h).

---

[1]Docket No. 14.

[2]Docket No. 17.

[3]Docket No. 15.

ORDER – Case Status                       - 1 -

It is unlikely that the court of appeals will allow plaintiff's appeal to go forward if Counts II through IV remain pending. Therefore, it will be important for the court of appeals, this court, and the parties to know whether or not it is plaintiff's intention to abandon Counts II through IV.

On or before **August 4, 2025**, plaintiff shall inform the court of appeals, this court, and the other parties if he intends to proceed with Counts II through IV; and, if so, plaintiff shall respond to defendants' Rule 12(b)(6) motion to dismiss on or before **August 14, 2025**. Otherwise, plaintiff shall serve and file a notice of dismissal without prejudice of Counts II through IV of plaintiff's complaint.

DATED at Anchorage, Alaska, this   28th   day of July, 2025.

/s/   H. Russel Holland
United States District Judge